**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CADARET, GRANT & CO., INC., | No.: 2:21-cv-06665-RER-AYS |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Cadaret, Grant & Co., Inc., by and through counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order (ECF No. 59) and the Judgment (ECF No. 60) entered on September 23, 2025.

Respectfully submitted,

REED SMITH LLP

Date:  October 21, 2025

_____/s/John N. Ellison_____
John N. Ellison, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
T:  (212) 521-5400
jellison@reedsmith.com

Esther Y. Kim, Esq.
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T:  (215) 851-8100
esther.kim@reedsmith.com

*Counsel for Plaintiff,
Cadaret, Grant & Co., Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I caused to be filed a true and correct copy of the foregoing using this Court's ECF System, which will send notice of such filing on all counsel of record.


Date:  October 21, 2025 _____/s/John N. Ellison_____

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:21−cv−06665−RER−AYS

| | |
|---|---|
| Cadaret, Grant & Co., Inc. v. Great American Insurance Company | Date Filed: 12/01/2021 |
| | Date Terminated: 09/23/2025 |
| Assigned to: District Judge Ramon E. Reyes, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Anne Y. Shields | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity−Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

**Cadaret, Grant & Co., Inc.**                    represented by     **John N Ellison**
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
212−521−5400
Fax: 212−521−5450
Email: jellison@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esther Kim**
Reed Smith LLP
Three Logan Square
1717 Arch Street
Ste 3100
Philadelphia, PA 19103
215−851−8100
Email: esther.kim@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Miranda Jannuzzi**
2860 Dogwood Ln
Broomall, PA 19003
570−690−7162
Email: mjannuzzi@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Lewis , Jr**
Reed Smith LLP
599 Lexington Avenue
Ste 26th Floor
New York, NY 10022
212−205−6063
Fax: 212−521−5450
Email: rlewis@reedsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Great American Insurance Company**                    represented by     **Michael A. Graziano**
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Ave, Nw
12th Floor
Washington, DC 20006
202−659−6671
Fax: 202−659−6699
Email: mgraziano@eckertseamans.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Riyaz Gulam Bhimani**
Eckert Seamans Cherin and Mellott LLC
10 Bank Street
White Plains, NY 10606
914−949−2909
Email: rbhimani@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Dov Zoldan**
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW
Suite 1200
Washington DC, DC 20006
202−659−6674
Fax: 202−659−6699
Email: czoldan@eckertseamans.com
*TERMINATED: 07/01/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah James**
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Avenue, NW
Ste 12th Floor
Washington, DC 20006
202−659−6609
Email: sjames@eckertseamans.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2021 | 1 | COMPLAINT against Great American Insurance Company filing fee $ 402, receipt number ANYEDC−15073814 Was the Disclosure Statement on Civil Cover Sheet completed −Yes,, filed by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Exhibit A − Bond, # 4 Exhibit B − Claims, # 5 Exhibit C − Indictment, # 6 Exhibit D − SEC Complaint, # 7 Exhibit E − Final Judgment) (Ellison, John) (Entered: 12/01/2021) |
| 12/01/2021 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Landow, Concetta) (Entered: 12/01/2021) |
| 12/01/2021 | | Case Assigned to Judge Gary R. Brown and Magistrate Judge Anne Y. Shields. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Landow, Concetta) (Entered: 12/01/2021) |
| 12/01/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent** unless **all parties have signed the consent.** (Landow, Concetta) (Entered: 12/01/2021) |
| 12/01/2021 | 4 | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case. 18−CV−3150(RRM)(AKT)** (Landow, Concetta) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 5 | Summons Issued as to Great American Insurance Company. (Landow, Concetta) (Entered: 12/01/2021) |
| 12/14/2021 | 6 | WAIVER OF SERVICE Returned Executed by Cadaret, Grant & Co., Inc.. Great American Insurance Company waiver sent on 12/13/2021, answer due 2/11/2022. (Ellison, John) (Entered: 12/14/2021) |
| 12/14/2021 | 7 | NOTICE of Appearance by Riyaz Gulam Bhimani on behalf of Great American Insurance Company (aty to be noticed) (Bhimani, Riyaz) (Entered: 12/14/2021) |
| 12/20/2021 | 8 | MOTION to Appear Pro Hac Vice *by Michael A. Graziano* Filing fee $ 150, receipt number ANYEDC–15130340. by Great American Insurance Company. (Attachments: # 1 Proposed Order) (Graziano, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 12/20/2021. (Mucciaccio, Dina) (Entered: 12/20/2021) |
| 12/21/2021 | 9 | NOTICE of Appearance by Michael A. Graziano on behalf of Great American Insurance Company (notification declined or already on case) (Graziano, Michael) (Entered: 12/21/2021) |
| 01/21/2022 | 10 | ORDER: Initial Conference set for 5/9/2022 at 11:30 AM before Magistrate Judge Anne Y. Shields.The parties are directed to call the ATTteleconferencing center at (877) 810–9415 and to enter Access Code9005911 when prompted. See order and attachments. So Ordered by Magistrate Judge Anne Y. Shields on 1/21/2022. (Attachments: # 1 AYS Rules, # 2 Joint Letter Requirements) (Torres, Jasmine) (Entered: 01/21/2022) |
| 02/11/2022 | 11 | ANSWER to 1 Complaint, by Great American Insurance Company. (Graziano, Michael) (Entered: 02/11/2022) |
| 02/11/2022 | 12 | Corporate Disclosure Statement by Great American Insurance Company identifying Corporate Parent American Financial Group, Inc. for Great American Insurance Company. (Graziano, Michael) (Entered: 02/11/2022) |
| 02/28/2022 | 13 | MOTION to Adjourn Conference by Cadaret, Grant & Co., Inc.. (Ellison, John) (Entered: 02/28/2022) |
| 03/01/2022 | | ORDER granting 13 Motion to Adjourn Conference. Upon counsel's request the telephonic initial conference scheduled for May 9, 2022 is **ADJOURNED** to May 16, 2022 at 1:30 PM. Counsel are reminded that the joint initial letter and proposed discovery worksheet are to be filed by May 12, 2022. So Ordered by Magistrate Judge Anne Y. Shields on 3/1/2022. (Mucciaccio, Dina) (Entered: 03/01/2022) |
| 05/12/2022 | 14 | Letter *(Joint) to Hon. Anne Shields Regarding Initial Conference and Discovery Worksheet* by Cadaret, Grant & Co., Inc. (Attachments: # 1 Discovery Plan Worksheet) (Ellison, John) (Entered: 05/12/2022) |
| 05/13/2022 | | SCHEDULING ORDER: In light of the filing of the initial letter, the initial conference scheduled for May 16, 2022 is **CANCELED**. Counsel are directed to complete the voluntary document production set forth in paragraph 7 of the parties joint letter by July 15, 2022. On August 15, 2022, counsel are directed to submit a joint status letter stating with particularity, the precise discovery necessary and dates for completion thereof, for this matter to be trial or dispositive motion practice ready. A telephone status conference has been scheduled for August 22, 2022 at 11:30 AM. Counsel are directed to call the AT&T Teleconference Center at (877) 810–9415 at the time of the conference and enter Access Code 9005911 when prompted. So Ordered by Magistrate Judge Anne Y. Shields on 5/13/2022. (Mucciaccio, Dina) (Entered: 05/13/2022) |
| 06/03/2022 | 15 | STIPULATION *and Order Regarding Confidential Information* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 06/03/2022) |
| 06/06/2022 | | SCHEDULING ORDER: The Stipulation regaridng confidential information found at docket entry No. 15 is hereby SO ORDERED. So Ordered by Magistrate Judge Anne Y. Shields on 6/6/2022. (Mucciaccio, Dina) (Entered: 06/06/2022) |

| 06/27/2022 | 16 | Notice of MOTION to Appear Pro Hac Vice *for Corey D. Zoldan* Filing fee $ 150, receipt number BNYEDC–15692983. by Great American Insurance Company. (Zoldan, Corey) (Entered: 06/27/2022) |
|---|---|---|
| 06/27/2022 | | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 6/27/2022. (Mucciaccio, Dina) (Entered: 06/27/2022) |
| 08/15/2022 | 17 | Letter *Joint Status Letter* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 08/15/2022) |
| 08/15/2022 | | SCHEDULING ORDER: In light of counsels' joint letter representing that discovery is progressing, counsels' joint proposed discovery scheduled is hereby ADOPTED. Fact discovery shall be completed by May 15, 2023. Expert discovery shall be completed by August 15, 2023. Any party seeking to make a dispositive motion shall initiate that process, consistent with Judge Brown's Individual Rules, on or before September 14, 2023. The joint proposed pre–trial order shall be filed by October 13, 2023. Counsel for the parties are directed to submit a joint status letter on April 4, 2023. So Ordered by Magistrate Judge Anne Y. Shields on 8/15/2022. (Mucciaccio, Dina) (Entered: 08/15/2022) |
| 08/22/2022 | | SCHEDULING ORDER: In light of counsels' representation that discovery is progressing, the telephone conference scheduled for August 22, 2022 is CANCELED. So Ordered by Magistrate Judge Anne Y. Shields on 8/22/2022. (Mucciaccio, Dina) (Entered: 08/22/2022) |
| 08/22/2022 | 18 | NOTICE of Appearance by Richard P. Lewis, Jr on behalf of Cadaret, Grant & Co., Inc. (aty to be noticed) (Lewis, Richard) (Entered: 08/22/2022) |
| 09/21/2022 | 19 | MOTION to Appear Pro Hac Vice *of Miranda Jannuzzi* Filing fee $ 150, receipt number ANYEDC–15960297. by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Declaration, # 2 Exhibit 1 – Certificates of Good Standing, # 3 Proposed Order) (Jannuzzi, Miranda) (Entered: 09/21/2022) |
| 09/21/2022 | | ORDER granting 19 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 9/21/2022. (Mucciaccio, Dina) (Entered: 09/21/2022) |
| 09/21/2022 | 20 | NOTICE of Appearance by Miranda Jannuzzi on behalf of Cadaret, Grant & Co., Inc. (notification declined or already on case) (Jannuzzi, Miranda) (Entered: 09/21/2022) |
| 02/27/2023 | 21 | MOTION for Protective Order *Stipulation and Order Regarding Confidential Information Produced by Non–Parties* by Great American Insurance Company. (Graziano, Michael) (Entered: 02/27/2023) |
| 02/28/2023 | | ORDER granting 21 Motion for Protective Order. The stipulation regarding confidential information produced by non–parties found at docket entry No. 21 is hereby SO ORDERED. So Ordered by Magistrate Judge Anne Y. Shields on 2/28/2023. (DM) (Entered: 02/28/2023) |
| 04/04/2023 | 22 | STATUS REPORT *Joint Status Letter* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 04/04/2023) |
| 04/05/2023 | | SCHEDULING ORDER: In light of counsels' joint letter representing that discovery is progressing, counsels' joint proposed amended discovery scheduled is hereby ADOPTED. Fact discovery shall be completed by July 14, 2023. Expert discovery shall be completed by October 13, 2023. Any party seeking to make a dispositive motion shall initiate that process, consistent with Judge Brown's Individual Rules, on or before November 17, 2023. The joint proposed pre–trial order shall be filed by December 15, 2023, or, in the event that a dispositive motion is made, 30 days after a decision on the motion is rendered. So Ordered by Magistrate Judge Anne Y. Shields on 4/5/2023. (DM) (Entered: 04/05/2023) |

| | | |
|---|---|---|
| 05/17/2023 | 23 | NOTICE of Appearance by Esther Kim on behalf of Cadaret, Grant & Co., Inc. (aty to be noticed) (Kim, Esther) (Entered: 05/17/2023) |
| 06/01/2023 | 24 | Joint MOTION for Extension of Time to Complete Discovery by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Proposed Order) (Ellison, John) (Entered: 06/01/2023) |
| 06/02/2023 | | ORDER denying 24 Motion for Extension of Time to Complete Discovery. Counsels' application for an extension of the discovery deadlines is denied without prejudice to renewal until a decision on the anticipated discovery motions is rendered. So Ordered by Magistrate Judge Anne Y. Shields on 6/2/2023. (DM) (Entered: 06/02/2023) |
| 06/06/2023 | 25 | Letter *Joint Letter on Discovery Issues* by Cadaret, Grant & Co., Inc. (Attachments: # 1 Exhibit A – Discovery Letter re Cadaret's RFP, # 2 Exhibit B – GAIC's Privilege Log In Connection with Its First Document Production) (Ellison, John) Modified on 7/25/2023 (JT). (Entered: 06/06/2023) |
| 06/12/2023 | 26 | Joint MOTION for Extension of Time to Complete Discovery by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Proposed Order) (Ellison, John) (Entered: 06/12/2023) |
| 06/12/2023 | | ORDER granting 26 Motion for Extension of Time to Complete Discovery. Counsels' joint proposed amended discovery scheduled is hereby ADOPTED. Fact discovery shall be completed by August 18, 2023. Expert discovery shall be completed by November 17, 2023. Any party seeking to make a dispositive motion shall initiate that process, consistent with Judge Brown's Individual Rules, on or before December 22, 2023. The joint proposed pre–trial order shall be filed in accord with Judge Brown's Individual Rules. So Ordered by Magistrate Judge Anne Y. Shields on 6/12/2023. (DM) (Entered: 06/12/2023) |
| 06/13/2023 | | ORDER re 25 : Upon review of the parties' letter regarding their ongoing discovery disputes the following rulings are now in effect. With regard to the first dispute involving documents that Defendant is withholding on the basis of attorney–client privilege and/or the work product doctrine, by June 20, 2023, Defendant is directed to email copies of the documents and the privilege log to shields_chambers@nyed.uscourts.gov. By June 20, 2023, Defendant is also directed to provide courtesy copies of the emailed documents to chambers. With regard to the second dispute, Plaintiff is directed to tailor its request for documents that explain the "scope, application, or meaning" of provisions and exclusions relied on for the claim denial. Plaintiff is directed to tailor the request in both time and scope, such as seeking documents only relating to similar claims. Counsel shall work together to properly tailor the request. After the request is tailored, counsel are directed to confer regarding appropriate search terms. So Ordered by Magistrate Judge Anne Y. Shields on 6/13/2023. (DM) (Entered: 06/13/2023) |
| 06/30/2023 | 27 | MOTION to Withdraw as Attorney by Great American Insurance Company. (Zoldan, Corey) (Entered: 06/30/2023) |
| 07/01/2023 | | ORDER granting 27 Motion to Withdraw as Attorney. Attorney Corey Dov Zoldan terminated. So Ordered by Magistrate Judge Anne Y. Shields on 7/1/2023. (DM) (Entered: 07/01/2023) |
| 07/20/2023 | 28 | Letter MOTION for Extension of Time to Complete Discovery by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Exhibit A – Proposed Revised Scheduling Order) (Ellison, John) (Entered: 07/20/2023) |
| 07/21/2023 | | ORDER granting 28 Motion for Extension of Time to Complete Discovery. Upon counsels' request the discovery schedule is EXTENDED as follows. Fact discovery shall be completed by September 18, 2023. Expert discovery shall be completed by December 18, 2023. Any party seeking to make a dispositive motion shall initiate that process, consistent with Judge Brown's Individual Rules, on or before January 22, 2024. The joint proposed pre–trial order shall be filed by February 19, 2024, or, in the event that a dispositive motion is made, 30 days after a decision on the motion is rendered. So Ordered by Magistrate Judge Anne Y. Shields on 7/21/2023. (DM) (Entered: 07/21/2023) |
| 07/25/2023 | 29 | ORDER granting 25 Motion to Compel. For the reasons set forth in the attached Order, the motion to compel is granted with respect to all documents except the letter bearing GAIC Bates Nos. 002956–002972, which document is covered by the attorney–client privilege. With the exception of this document, all documents withheld |

| | | |
|---|---|---|
| | | on claims of attorney–client privilege and/or the work product doctrine must be produced. So Ordered by Magistrate Judge Anne Y. Shields on 7/25/2023. (Attachments: # 1 Privilege Log) (DM) (Entered: 07/25/2023) |
| 08/17/2023 | 30 | NOTICE by Cadaret, Grant & Co., Inc. *of Subpoena to Take Deposition of Non–Party* (Ellison, John) (Entered: 08/17/2023) |
| 08/25/2023 | 31 | AFFIDAVIT/AFFIRMATION re 30 Notice(Other) *of Subpoena to Testify at a Deposition in a Civil Action* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 08/25/2023) |
| 09/07/2023 | 32 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–17061540 by Great American Insurance Company. (Attachments: # 1 Affidavit, # 2 Admission Information, # 3 Admission Information, # 4 Admission Information, # 5 Admission Information) (James, Sarah) (Entered: 09/07/2023) |
| 09/08/2023 | | ORDER granting 32 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 9/8/2023. (DM) (Entered: 09/08/2023) |
| 09/11/2023 | 33 | NOTICE of Appearance by Sarah James on behalf of Great American Insurance Company (notification declined or already on case) (James, Sarah) (Entered: 09/11/2023) |
| 01/11/2024 | | Case Reassigned to District Judge Ramon E. Reyes, Jr. Judge Gary R. Brown no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (AM) (Entered: 01/11/2024) |
| 01/22/2024 | 34 | MOTION for Leave to Electronically File Document under Seal *, Great American's Letter Requesting Pre–Motion Conference on Summary Judgment and Local Civil Rule 56.1 Statement* by Great American Insurance Company. (Attachments: # 1 Letter Request Pre–Motion Conference on Summary Judgment, # 2 Local Civil Rule 56.1 Statement) (Graziano, Michael) (Entered: 01/22/2024) |
| 01/22/2024 | 35 | Letter MOTION for pre motion conference by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement [PUBLIC COPY – Redacted], # 2 Exhibit A – Relevant Pages of D. Taylor Deposition Transcript, # 3 Exhibit B – Bond (Bates Stamped), # 4 Exhibit C – Relevant Pages of Form U4, # 5 Exhibit D – Relevant Pages of J. Szary Deposition Transcript, # 6 Exhibit E – Relevant Pages of S. Cohen Deposition Transcript [PUBLIC COPY – Redacted], # 7 Exhibit F – Guilty Plea Transcript (SC Ex. 43), # 8 Exhibit G – Pagartanis Indictment (Bates Stamped), # 9 Exhibit H – Sentencing Memorandum, # 10 Exhibit I – Cadaret Answer to Rothschild SOC [SEAL], # 11 Exhibit J – Susino Demand Letters [SEAL], # 12 Exhibit K – Relevant Pages of D. Jaynes Deposition Transcript, # 13 Exhibit L – Complaint Ex. B (List of Client Claims), # 14 Exhibit M – Rothschild Amended SOC [SEAL], # 15 Exhibit N – Dragone Gentzel Demand Letter [SEAL], # 16 Exhibit O – Maggio Demand Letter [SEAL], # 17 Exhibit P – Freedman SOC [SEAL], # 18 Exhibit Q – Lodato SOC [SEAL], # 19 Exhibit R – Melchionna SOC [SEAL], # 20 Exhibit S – Rothschild Letter with Settlement Check [SEAL], # 21 Exhibit T – Susino Letter with Settlement Check [SEAL], # 22 Exhibit U – Dragone Letter with Settlement Check [SEAL], # 23 Exhibit V – Zagaro Letter with Settlement Check [SEAL], # 24 Exhibit W – Gucwa Letter with Settlement Check [SEAL], # 25 Exhibit X – Maggio Letter with Settlement Check [SEAL], # 26 Exhibit Y – Freedman Letter with Settlement Check [SEAL], # 27 Exhibit Z – Lodato Letter with Settlement Check [SEAL], # 28 Exhibit AA – Melchionna Letter with Settlement Check [SEAL], # 29 Exhibit BB – April 18, 2018 Notice of Claim, # 30 Exhibit CC – March 7, 2018 Subpoena (Dragone), # 31 Exhibit DD – March 27 2018 Subpoena (Zagaro), # 32 Exhibit EE – First Proof of Loss [SEAL], # 33 Exhibit FF – Second Proof of Loss [SEAL], # 34 Exhibit GG – Third Proof of Loss [SEAL], # 35 Exhibit HH – Fourth Proof of Loss [SEAL]) (Ellison, John) (Entered: 01/22/2024) |
| 01/22/2024 | 36 | Letter MOTION for Leave to Electronically File Document under Seal *Unopposed* by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement, # 2 Exhibit E – |

| | | |
|---|---|---|
| | | Relevant Pages of S. Cohen Deposition Transcript [SEAL], # 3 Exhibit I – Cadaret Answer to Rothschild SOC [SEAL], # 4 Exhibit J – Susino Demand Letters [SEAL], # 5 Exhibit M – Rothschild Amended SOC [SEAL], # 6 Exhibit N – Dragone Gentzel Demand Letter [SEAL], # 7 Exhibit O – Maggio Demand Letter [SEAL], # 8 Exhibit P – Freedman SOC [SEAL], # 9 Exhibit Q – Lodato SOC [SEAL], # 10 Exhibit R – Melchionna SOC [SEAL], # 11 Exhibit S – Rothschild Letter with Settlement Check [SEAL], # 12 Exhibit T – Susino Letter with Settlement Check [SEAL], # 13 Exhibit U – Dragone Letter with Settlement Check [SEAL], # 14 Exhibit V – Zagaro Letter with Settlement Check [SEAL], # 15 Exhibit W – Gucwa Letter with Settlement Check [SEAL], # 16 Exhibit X – Maggio Letter with Settlement Check [SEAL], # 17 Exhibit Y – Freedman Letter with Settlement Check [SEAL], # 18 Exhibit Z – Lodato Letter with Settlement Check [SEAL], # 19 Exhibit AA – Melchionna Letter with Settlement Check [SEAL], # 20 Exhibit EE – First Proof of Loss [SEAL], # 21 Exhibit FF – Second Proof of Loss [SEAL], # 22 Exhibit GG – Third Proof of Loss [SEAL], # 23 Exhibit HH – Fourth Proof of Loss [SEAL]) (Ellison, John) (Entered: 01/22/2024) |
| 01/23/2024 | | ORDER granting 34 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by District Judge Ramon E. Reyes, Jr on 1/23/2024. (MV) (Entered: 01/23/2024) |
| 01/23/2024 | | ORDER granting 36 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by District Judge Ramon E. Reyes, Jr on 1/23/2024. (MCV) (Entered: 01/23/2024) |
| 01/23/2024 | | ORDER granting 35 Motion for Pre Motion Conference; Video Conference set for 2/21/2024 at 12:00 PM before District Judge Ramon E. Reyes, Jr. The attorneys are directed to appear via video using the ZOOMgov invitation link sent to the email addresses listed on the docket and all other participates may join by phone using the Toll number: dial in 1 646 828 7666 US (New York), Meeting ID: 160 3343 2842, Passcode: 297706. Ordered by District Judge Ramon E. Reyes, Jr on 1/23/2024. (MV) (Entered: 01/23/2024) |
| 01/23/2024 | 37 | RULE 56.1 STATEMENT filed by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Exhibit E – Relevant Pages of S. Cohen Deposition Transcript [SEAL], # 2 Exhibit I – Cadaret Answer to Rothschild SOC [SEAL], # 3 Exhibit J – Susino Demand Letters [SEAL], # 4 Exhibit M – Rothschild Amended SOC [SEAL], # 5 Exhibit N – Dragone Gentzel Demand Letterm [SEAL], # 6 Exhibit O – Maggio Demand Letter [SEAL], # 7 Exhibit P – Freedman SOC [SEAL], # 8 Exhibit Q – Lodato SOC [SEAL], # 9 Exhibit R – Melchionna SOC [SEAL], # 10 Exhibit S – Rothschild Letter with Settlement Check [SEAL], # 11 Exhibit T – Susino Letter with Settlement Check [SEAL], # 12 Exhibit U – Dragone Letter with Settlement Check [SEAL], # 13 Exhibit V – Zagaro Letter with Settlement Check [SEAL], # 14 Exhibit W – Gucwa Letter with Settlement Check [SEAL], # 15 Exhibit X – Maggio Letter with Settlement Check [SEAL], # 16 Exhibit Y – Freedman Letter with Settlement Check [SEAL], # 17 Exhibit Z – Lodato Letter with Settlement Check [SEAL], # 18 Exhibit AA – Melchionna Letter with Settlement Check [SEAL], # 19 Exhibit EE – First Proof of Loss [SEAL], # 20 Exhibit FF – Second Proof of Loss [SEAL], # 21 Exhibit GG – Third Proof of Loss [SEAL], # 22 Exhibit HH – Fourth Proof of Loss [SEAL]) (Ellison, John) (Entered: 01/23/2024) |
| 01/23/2024 | 38 | MOTION for pre motion conference re Order on Motion for Leave to Electronically File Document under Seal, by Great American Insurance Company. (Attachments: # 1 Local Civil Rule 56.1 Statement) (Graziano, Michael) (Entered: 01/23/2024) |
| 01/24/2024 | | ORDER granting 38 Motion for Premotion Conference. Will be discussed at the Video Conference set for 2/21/2024 at 12:00 PM before District Judge Ramon E. Reyes, Jr. All details are in the Court's Order dated 1/23/2024. Ordered by District Judge Ramon E. Reyes, Jr. on 1/24/2024. (AH) (Entered: 01/24/2024) |
| 01/29/2024 | 39 | MOTION for pre motion conference *Opposition to GAIC's Pre–Motion Conference Letter* by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement Cadaret Response to GAIC's Statement of Facts – Conditionally Filed Under Seal) (Ellison, |

| | | |
|---|---|---|
| | | John) (Entered: 01/29/2024) |
| 01/29/2024 | 40 | Unopposed Letter MOTION for Leave to Electronically File Document under Seal by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement Cadaret Response to GAIC's Local Rule 56.1 Statement, # 2 Exhibit 1 – 2020.05.22 Letter enclosing Fourth Interim Proof of Loss, # 3 Exhibit 2 – Relevant Pages of J. Anderson Deposition Transcript, # 4 Exhibit 3 – Relevant Pages of D. Jaynes Deposition Transcript, # 5 Exhibit 4 – Relevant Pages of D. Taylor Deposition Transcript, # 6 Exhibit 5 – Relevant Pages of S. Cohen Deposition Transcript, # 7 Exhibit 6 – Pagartanis Abramovich Answer, # 8 Exhibit 7 – Letter to Pagartanis in RR File, # 9 Exhibit 8 – Relevant Pages of J. Szary Deposition Transcript) (Ellison, John) Modified on 1/30/2024 to include the word Unopposed (JVC). (Entered: 01/29/2024) |
| 01/29/2024 | 41 | Letter MOTION for Leave to Electronically File Document under Seal *Unopposed* by Great American Insurance Company. (Attachments: # 1 Letter in Response to Cadaret's Letter Requesting Pre–Motion Conference on Summary Judgment, # 2 Response to Cadaret's Local Civil Rule 56.1 Statement) (Graziano, Michael) (Entered: 01/29/2024) |
| 01/30/2024 | | ORDER granting 39 Motion for Pre Motion Conference. Will be discussed at the Video Conference set for **2/21/2024 at 12:00 PM** before District Judge Ramon E. Reyes, Jr. All details are in the Court's Order dated 1/23/2024. Ordered by District Judge Ramon E. Reyes, Jr. on 1/30/2024. (AH) (Entered: 01/30/2024) |
| 01/30/2024 | | ORDER granting 40 and 41 Motions for Leave to Electronically File Document under Seal. Counsel is directed to file the original document(s) under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by District Judge Ramon E. Reyes, Jr. on 1/30/2024. (AH) (Entered: 01/30/2024) |
| 01/30/2024 | 42 | MOTION for pre motion conference re Order on Motion for Leave to Electronically File Document under Seal,,,,, *Response to Cadaret's Letter Requesting Pre–Motion Conference and Local Civil Rule 56.1 Statement* by Great American Insurance Company. (Attachments: # 1 Response to Cadaret's Local Civil Rule 56.1 Statement) (Graziano, Michael) (Entered: 01/30/2024) |
| 01/30/2024 | 43 | RULE 56.1 STATEMENT *Response to GAICs Local Rule 56.1 Statement and Statement of Additional Undisputed Material Facts* filed by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Exhibit 1 – 2020.05.22 Letter enclosing Fourth Interim Proof of Loss, # 2 Exhibit 2 – Relevant Pages of J. Anderson Deposition Transcript, # 3 Exhibit 3 – Relevant Pages of D. Jaynes Deposition Transcript, # 4 Exhibit 4 – Relevant Pages of D. Taylor Deposition Transcript, # 5 Exhibit 5 – Relevant Pages of S. Cohen Deposition Transcript, # 6 Exhibit 6 – Pagartanis Abramovich Answer, # 7 Exhibit 7 – Letter to Pagartanis in RR File, # 8 Exhibit 8 – Relevant Pages of J. Szary Deposition Transcript) (Ellison, John) (Entered: 01/30/2024) |
| 01/31/2024 | | ORDER granting 42 Motion for Pre Motion Conference. Will be discussed at the Video Conference set for **2/21/2024 at 12:00 PM** before District Judge Ramon E. Reyes, Jr. All details are in the Court's Order dated 1/23/2024. Ordered by District Judge Ramon E. Reyes, Jr. on 1/31/2024. (AH) (Entered: 01/31/2024) |
| 02/21/2024 | 44 | Minute Entry for Video Premotion Hearing proceedings held on 2/21/2024 before District Judge Ramon E. Reyes, Jr: Case called. Discussion held. Parties may proceed with making their motions for summary judgment. The Court set the following schedule: Plaintiff's motion to be served on Defendant by 3/22/2024; Defendants opposition and motion to be served on Plaintiff by 4/19/2022; Plaintiff's opposition and reply to be served by 5/03/2024; Defendant's reply to be served and bundled motion to be filed by 5/17/2024. Contact the E.S.R., Dept. at (718) 613–2590 to order the transcript. (FTR Log #RER Webex Audio.) (ENE) (Entered: 02/22/2024) |
| 03/22/2024 | 45 | Letter *Cover Letter to GAIC re Service of Motion for Summary Judgment per Judge Reyes' Individual Rules* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 03/22/2024) |
| 04/19/2024 | 46 | Letter *Cover Letter to Counsel for Plaintiff Serving (1) Defendant's Notice of Cross–Motion for Summary Judgment; and (2) Defendant's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of* |

| | | |
|---|---|---|
| | | *Defendant's Cross–Motion for Summary Judgment* by Great American Insurance Company (Graziano, Michael) (Entered: 04/19/2024) |
| 05/03/2024 | 47 | Letter *Cover Letter to GAIC re Service of Opposition to GAICs Cross–Motion for Summary Judgment and Reply in support of its Motion for Partial Summary Judgment per Judge Reyes' Individual Rules* by Cadaret, Grant & Co., Inc. (Ellison, John) (Entered: 05/03/2024) |
| 05/17/2024 | 48 | Letter MOTION for Leave to Electronically File Document under Seal *Unopposed* by Great American Insurance Company. (Attachments: # 1 Exhibit I–1 – Abramovich Statement of Claim, # 2 Exhibit I–2 – Cadaret's Answer to Abramovich Statement of Claim, # 3 Exhibit I–3 – February 12, 2019, Letter, # 4 Exhibit I–6 – Abramovich Settlement Agreement, # 5 Exhibit I–10 – Cadaret's Answer to Rothschild Statement of Claim, # 6 Exhibit I–16 – Cadaret's Answer to Zagaro Statement of Claim, # 7 Exhibit I–33 – Cadaret's Answer to Gucwa Statement of Claim, # 8 Exhibit I–62 – Cadaret's First Proof of Loss, # 9 Exhibit I–63 – Cadaret's Second Proof of Loss, # 10 Exhibit I–64 – Cadaret's Third Proof of Loss, # 11 Exhibit I–65 – Cadaret's Fourth Proof of Loss, # 12 Exhibit I–C – Excerpts from Cohen Deposition) (Graziano, Michael) (Entered: 05/17/2024) |
| 05/17/2024 | 49 | Letter MOTION for Leave to Electronically File Document under Seal by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Memorandum in Support Memorandum of Law in Support of Plaintiffs Motion for Partial Summary Judgment, # 2 Exhibit 9 to March 22, 2024 J. Ellison Declaration, # 3 Exhibit 10 to March 22, 2024 J. Ellison Declaration) (Ellison, John) (Entered: 05/17/2024) |
| 05/17/2024 | 50 | Notice of MOTION for Partial Summary Judgment by Cadaret, Grant & Co., Inc.. (Ellison, John) (Entered: 05/17/2024) |
| 05/17/2024 | 51 | Cadaret's Memorandum of Law in Support of Motion for Partial Summary Judgment by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement, # 2 Declaration of J. Ellison in support of MPSJ, # 3 Exhibit A – Relevant Pages of D. Taylor Deposition Transcript, # 4 Exhibit B – Bond (Bates Stamped), # 5 Exhibit C – Relevant Pages of Form U4, # 6 Exhibit D – Relevant Pages of J. Szary Deposition Transcript, # 7 Exhibit E – Relevant Pages of S. Cohen Deposition Transcript [PUBLIC COPY – Redacted], # 8 Exhibit F – Guilty Plea Transcript (SC Ex. 43), # 9 Exhibit G – Pagartanis Indictment – bates stamped, # 10 Exhibit H – Sentencing Memorandum, # 11 Exhibit I – Cadarets Answer to the Sieglinde Rothschild FINRA Statement of Claim, # 12 Exhibit J – Demand letters to Cadaret dated March 25, 2018, # 13 Exhibit K – Relevant excerpts of the September 8, 2023 Deposition Transcript of Donald Jaynes, # 14 Exhibit L – Complaint Ex. B (List of Client Claims), # 15 Exhibit M – Sieglinde Rothschild Amended FINRA Statement of Claim, # 16 Exhibit N – Demand letter to Cadaret dated June 5, 2018, # 17 Exhibit O – Demand letter to Cadaret dated December 17, 2018, # 18 Exhibit P – Mitchell Freedman FINRA Statement of Claim, # 19 Exhibit Q – Audrey Lodato FINRA Statement of Claim, # 20 Exhibit R – Mary Melchionna FINRA Statement of Claim, # 21 Exhibit S – Sieglinde Rothschild Letter dated January 2, 2019, # 22 Exhibit T – Susino et al. Letter dated January 2, 2019, # 23 Exhibit U – Dragone/Gentzel Letter dated January 15, 2019, # 24 Exhibit V – Janet Zagaro Letter dated March 5, 2019, # 25 Exhibit W – Janice Gucwa Letter dated April 1, 2019, # 26 Exhibit X – Maggio Letter dated May 21, 2019, # 27 Exhibit Y – Mitchell Freedman Letter dated March 11, 2020, # 28 Exhibit Z – Audrey Lodato Letter dated July 20, 2021, # 29 Exhibit AA – Mary Melchionna Letter dated August 13, 2021, # 30 Exhibit BB – Cadarets letter to GAIC dated April 18, 2018, # 31 Exhibit CC – Suffolk County Grand Jury Subpoena dated March 7, 2018, # 32 Exhibit DD – Suffolk County Grand Jury Subpoena dated March 27, 2018, # 33 Exhibit EE – Cadarets Interim Proof of Loss submitted to GAIC on April 8, 2019, # 34 Exhibit FF – Cadarets Second Interim Proof of Loss, # 35 Exhibit GG – Cadarets Third Interim Proof of Loss, # 36 Exhibit HH – Cadarets Fourth Interim Proof of Loss, # 37 Exhibit 1 – Letter dated May 22, 2020, enclosing Cadarets Fourth Interim Proof of Loss form and exhibits, # 38 Exhibit 2 – Relevant excerpts of the September 13, 2023 Deposition Transcript of Joseph Anderson, # 39 Exhibit 3 – Relevant excerpts of the September 8, 2023 Deposition Transcript of Donald Jaynes, # 40 Exhibit 4 – Relevant excerpts of the September 1, 2023 Deposition Transcript of Donald Taylor, # 41 Exhibit 5 – Relevant excerpts of the August 29, 2023 Deposition Transcript of Samuel Cohen, # 42 Exhibit 6 – Steven Pagartanis Answer to the Jennifer Abramovich FINRA Statement of Claim, # 43 Exhibit 7 – Letter from Cadaret to Steven Pagartanis, |

| | | |
|---|---|---|
| | | # 44 Exhibit 8 – Relevant excerpts of the September 14, 2023 Deposition Transcript of Joseph Szary, # 45 Exhibit 9 – Cadarets Answer to the Janet Zagaro FINRA Statement of Claim, # 46 Exhibit 10 – Jennifer Abramovich FINRA Statement of Claim) (Ellison, John) Modified on 3/28/2025 to correct text and removed MOTION for Partial Summary Judgment (MV). (Entered: 05/17/2024) |
| 05/17/2024 | 52 | MOTION for Summary Judgment *of Great American Insurance Company* by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendant's Cross–Motion for Summary Judgment, # 2 Rule 56.1 Statement, # 3 Declaration GAIC Exhibit I – Declaration of Michael Graziano, # 4 Exhibit GAIC Exhibit I–1 – Abramovich SOC, # 5 Exhibit GAIC Exhibit I–2 – Cadaret's Answer to Abramovich SOC, # 6 Exhibit GAIC Exhibit I–3 – 2.12.2019 Letter, # 7 Exhibit GAIC Exhibit I–6 – Abramovich Settlement Agreement, # 8 Exhibit GAIC Exhibit I–8 – FINRA AWC Letter, # 9 Exhibit GAIC Exhibit I–10 – Cadaret's Answer to Rothschild SOC, # 10 Exhibit GAIC Exhibit I–16 – Cadaret's Answer to Zagaro SOC, # 11 Exhibit GAIC Exhibit I–33 – Cadaret's Answer to Gucwa SOC, # 12 Exhibit GAIC Exhibit I–54 – 8.25.2015 Pagartanis Person Report (REDACTED), # 13 Exhibit GAIC Exhibit I–62 – Cadaret's First Proof of Loss, # 14 Exhibit GAIC Exhibit I–63 – Cadaret's Second Proof of Loss, # 15 Exhibit GAIC Exhibit I–64 – Cadaret's Third Proof of Loss, # 16 Exhibit GAIC Exhibit I–65 – Cadaret's Fourth Proof of Loss, # 17 Exhibit GAIC Exhibit I–A – Bond Excerpts, # 18 Exhibit GAIC Exhibit I–B – Taylor Dep Excerpts, # 19 Exhibit GAIC Exhibit I–C – Cohen Dep Excerpts (REDACTED), # 20 Exhibit GAIC Exhibit I–D – Public Records for Sonesta, # 21 Exhibit GAIC Exhibit I–E – 4.18.2018 Notice of Claim, # 22 Exhibit GAIC Exhibit I–F – 2.23.2018 Claim Acknowledgment Letter, # 23 Exhibit GAIC Exhibit I–G – Cadaret's Interrogatory Answers) (Ellison, John) (Entered: 05/17/2024) |
| 05/17/2024 | 53 | MEMORANDUM in Opposition re 52 MOTION for Summary Judgment *of Great American Insurance Company* filed by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Rule 56.1 Statement Cadaret Response to GAIC's Rule 56.1 Statement and Additional Statement of Additional Undisputed Material Facts, # 2 Declaration of J. Ellison in support of Cadaret Opposition to GAIC's MSJ and Reply, # 3 Exhibit 11 – Relevant excerpt of the September 14, 2023 Deposition Transcript of Joseph Szary) (Ellison, John) (Entered: 05/17/2024) |
| 05/17/2024 | 54 | REPLY in Support re 52 MOTION for Summary Judgment *of Great American Insurance Company* filed by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Exhibit GAIC Exhibit II – Fidelity and Crime Through the Ages, # 2 Exhibit GAIC Exhibit III – Compensability of Third–Party Losses Under Fidelity Bonds, # 3 Exhibit GAIC Exhibit IV – Third–Party Claims and Losses, # 4 Exhibit GAIC Exhibit V – Handling Fidelity Bond Claims) (Ellison, John) (Entered: 05/17/2024) |
| 05/17/2024 | 55 | NOTICE by Cadaret, Grant & Co., Inc. *Notice of Withdrawal of Appearance* (Jannuzzi, Miranda) (Entered: 05/17/2024) |
| 05/20/2024 | | ORDER granting 48 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Ramon E. Reyes, Jr. on 5/20/2024. (AH) (Entered: 05/20/2024) |
| 05/20/2024 | | ORDER granting 49 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Ramon E. Reyes, Jr. on 5/20/2024. (AH) (Entered: 05/20/2024) |
| 05/20/2024 | 56 | DECLARATION re Order on Motion for Leave to Electronically File Document under Seal, by Great American Insurance Company (Attachments: # 1 Exhibit I–1 – Abramovich Statement of Claim, # 2 Exhibit I–2 – Cadaret's Answer to Abramovich Statement of Claim, # 3 Exhibit I–3 – February 12, 2019, Letter, # 4 Exhibit I–6 – Abramovich Settlement Agreement, # 5 Exhibit I–10 – Cadaret's Answer to Rothschild Statement of Claim, # 6 Exhibit I–16 – Cadaret's Answer to Zagaro Statement of Claim, # 7 Exhibit I–33 – Cadaret's Answer to Gucwa Statement of Claim, # 8 Exhibit I–62 – Cadaret's First Proof of Loss, # 9 Exhibit I–63 – Cadaret's Second Proof of Loss, # 10 Exhibit I–64 – Cadaret's Third Proof of Loss, # 11 Exhibit I–65 – Cadaret's Fourth Proof of Loss, # 12 Exhibit I–C – Excerpts from Cohen |

| | | Deposition) (Graziano, Michael) (Entered: 05/20/2024) |
|---|---|---|
| 05/20/2024 | 57 | Memorandum in Support Memorandum of Law in Support of Plaintiffs Motion for Partial Summary Judgment by Cadaret, Grant & Co., Inc.. (Attachments: # 1 Exhibit 9 to March 22, 2024 J. Ellison Declaration, # 2 Exhibit 10 to March 22, 2024 J. Ellison Declaration) (Ellison, John) Modified on 3/28/2025 to remove text MOTION for Partial Summary Judgment (MV). (Entered: 05/20/2024) |
| 05/30/2024 | 58 | NOTICE by Great American Insurance Company re 52 MOTION for Summary Judgment *of Great American Insurance Company Notice of Corrected Slipsheet Previously Filed as ECF No. 52–2* (Attachments: # 1 Exhibit – Replacement Slipsheet for ECF No. 52–2) (Graziano, Michael) (Entered: 05/30/2024) |
| 03/28/2025 | | ORDER Motions terminated, docketed incorrectly: 51 MOTION for Partial Summary Judgment *Cadaret's Memorandum of Law in Support of Motion for Partial Summary Judgment*, and 57 MOTION for Partial Summary Judgment *Memorandum in Support Memorandum of Law in Support of Plaintiffs Motion for Partial Summary Judgment*. These documents are memoranda of law in support of Plaintiff's Motion for Partial Summary Judgment, correctly filed at ECF No. 50 , and are not motions in themselves. Ordered by Judge Ramon E. Reyes, Jr. on 3/28/2025. (EAH) (Entered: 03/28/2025) |
| 09/23/2025 | 59 | MEMORANDUM AND ORDER: For the reasons set forth, GAIC's motion for summary judgment is GRANTED and Cadaret's motion for partial summary judgment is DENIED. The Clerk of Court is respectfully directed to close the case. Ordered by Judge Ramon E. Reyes, Jr on 9/23/2025. (ENE) (Entered: 09/23/2025) |
| 09/23/2025 | 60 | CLERK'S JUDGMENT: that GAIC's motion for summary judgment is granted; and Cadaret's motion for partial summary judgment is denied. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 9/23/2025. (JP) (Entered: 09/23/2025) |
| 10/21/2025 | 61 | NOTICE OF APPEAL as to 59 Order on Motion for Partial Summary Judgment,, Order on Motion for Summary Judgment,, Memorandum & Opinion, 60 Clerk's Judgment, by Cadaret, Grant & Co., Inc.. Filing fee $ 605, receipt number ANYEDC–19554177. (Ellison, John) (Entered: 10/21/2025) |
| 10/21/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 61 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/21/2025) |