# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Cadaret, Grant & Co., Inc. v. Great American Insurance Company | **DISTRICT**<br>E.D.N.Y. | **DOCKET NUMBER**<br>2:21-cv-06665-RER-AYS |
| | **JUDGE**<br>Hon. Ramón E. Reyes, Jr. | **APPELLANT**<br>Cadaret, Grant & Co., Inc. |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>John N. Ellison |

**Check the applicable provision:**

☐ **I am ordering a transcript.**

☑ **I am not ordering a transcript.**

**Reason for not ordering a transcript:**

☐ **Copy is already available**

☑ **No transcribed proceedings**

☐ **Other (Specify in the space below):**

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ John N. Ellison | DATE<br>11/04/2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017