## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cadaret, Grant & Co., Inc., v. Great American Insurance Co.   Docket No.: 25-2639-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Scott Schmookler

Firm: Gordon Rees Scully Mansukhani, LLP

Address: One North Wacker, Suite 1600, Chicago, IL 60606

Telephone: 312-565-1400   Fax:

E-mail: sschmookler@grsm.com

**Appearance for:** Surety and Fidelity Association of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Great American Insurance Company )
(party/designation)

### CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on April 1, 2026 .

Signature of Counsel: /s/ Scott L. Schmookler

Type or Print Name: Scott L. Schmookler