# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of April, two thousand twenty-six.

_____

Cadaret, Grant & Co., Inc.,

        Plaintiff - Appellant,

   v.

Great American Insurance Company,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 25-2639

The Surety & Fidelity Association of America moves for leave to file an amicus brief in support of the Appellee.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

